FULL NAME _____

**FILED**

DEC 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMMITTED NAME (if different) _____

_____

FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____

PRISON NUMBER (if applicable)

CASE NUMBER   1:05CV02362

JUDGE: Unassigned

DECK TYPE: ~~FOIA/PA~~

DATE STAMP: 12/08/2005

~~CASE RE ASSIGNED~~

## UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF columbia

FEB 24 2006

KOLLAR-KOTELLY, J.C.K.K.

CASE No. CV_____
(To be supplied by clerk)

Keith Thomas CDCT-67081
Corcoran State Prison
S.H.U H-A 2-Rcell-21
P.O. Box 3476
Corcoran, CA 93212

PLAINTIFF ,
v.

U.S. Customs And Border
Protection;
Bureau of Alcohol, Tobacco, Firearms and
Explosives,
Federal Bureau of information

**DEFENDANT(S).**

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (check one)

~~_____~~   5th 14 nmendment
(life liberty and property)

or

☒ Bivens v. Six Unknown Agents
403 U.S. 388 (1971);

Central intelligence Agency
Department of energy/
Coast Guard
Government Accountability office. PREVIOUS LAWSUITS
FCC, Federal communication commission.

1)   Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2)   If your answer to **1** is yes, how many? __31__ Describe the lawsuit in the space below.   (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

defendant President George W. Bush, violation of Article

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 6

l

a.    Parties to this previous lawsuit:

Plaintiff _____ *Keith Thomas* _____

Defendants _____ *George W. Bush, president* _____

b.    Court    *U.S. District court District of columbia (Washington, DC)*

c.    Docket or case number _____ *1:05-cv-01017-UNA* _____

d.    Name of judge to whom case was assigned ___ *Judge Royce C. Lamberth* ___

e.    Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?)
_____ *Still pending* _____

f.    Issues raised: _____ *ban to provide legal assistance* _____

g.    Approximate date of filing lawsuit _____ *5-19-2005* _____

h.    Approximate date of disposition _____

### B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1)    Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?    ☐ Yes    ☑ No

2)    Have you filed a grievance concerning the facts relating to your current complaint?
☐ Yes    ☑ No

If your answer is no, explain why not _____

_____

_____

3)    Is the grievance procedure completed?    ☐ Yes    ☑ No

CV-66 (7/97)    CIVIL RIGHTS COMPLAINT FORM

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___Keith Thomas___

(print plaintiff's name)

who presently resides at ___CORCORAN State PRISON___ S.H.U 4-A 2-R cell-21

(mailing address or place of confinement) , were violated

by the actions of the defendant(s) named below, which actions were directed against plaintiff at ___Corcoran State Prison, S.H.U 4-A 2-R cell-21, P.O. Box 3476 Corcoran, Ca 93212___

(institution/city where violation occurred) U.S. Custom And Border Protection, 1300 Pennsylvania N.W. Washington D.C. 20224

on (date or dates) _____, _____, _____

(Claim I)          (Claim II)          (Claim III)

(You need not name more than <u>one</u> defendant or allege more than one claim; however, make a copy of this page to provide the information below
if you are naming <u>more</u> than five (5) defendants.)

1) Defendant ___John Doe, et al___ resides or works at

(full name of first defendant)

U.S. Customs And Border Protection ___1300 Pennsylvanne Ave Washington D.C 20224___

(full address of first defendant)

___Director___

(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

___Abusing Authority, restraint to pursue Political___
___Freedom and occupation through the Administrative procedure Act___

2) Defendant ___John Doe___ resides or works at

(full name of second defendant)

U.S. Customs And Border protection ___1300 Pennsylvania Ave Washington D.C 20224___ and is employed as

(full address of second defendant)

___Administrative process (complaint)___

(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

___abusing authority, restraint to pursue___
___Political Freedom and occupation___

Page 3 of 6

3) · Defendant _____ John Doe _____ resides or works at
_____ (full name of third defendant) _____ Washington DC 20228-007

Chief ~~Director~~ Department of Justice
~~Chief Director~~ Bureau of Alcohol, Tobacco, Fire arm and Explose, and is employed as
(full address of third defendant)

_____ Chief Director _____
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual   ☐ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

_____ ~~to~~ Abusing Authority, Restraint to purse Political Freedom and occupation
through the Administrative procedure _____

4) Defendant _____ John Doe _____ resides or works at
(full name of fourth defendant)
Department of Justice, Bureau of Alcohol, Tobacco, Firearm and
Explose Washington D.C 20226-, and is employed as
(full address of fourth defendant)

_____ ~~Chief~~ Assign Administrative Process (complaint) _____.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual   ☐ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

_____ Abusing Authority Restraint to pursue Political Freedom and occupation through
the Administrative procedure Act _____

5) Defendant _____ ~~John Doe~~ David M. Hardy _____ resides or works at
(full name of fifth defendant)
U.S. Department of Justice Federal Buren of investigation
Washington D.C 20535-0007, and is employed as
(full address of fifth defendant)

_____ Section Chief Record/Information _____.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual   ☐ official capacity.  (Check one or both.)

Explain how this defendant was acting under color of law:

_____ Abusing authority Restraint to pursue Political Freedom and occupation
through the Administrative procedure Act _____

Page 4 of 6

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

E. CLAIMS*

## CLAIM I

The following civil right has been violated:  Political Freedom & Occupation)

5th Amendment (nor be deprive of life, liberty or property) and 14th Amendment (nor shall any state deprive any person of life, liberty or property & Political Freedom & Occupation), administrative procedure Act, Freedom of information Act

The constitution of the United States of America
"We the people of the United States, in order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general welfare, and secure the Blessings of Liberty"

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Paragraph 1
Plaintiff allege that he written letters of claim and complaints through the U.S postal service to the U.S Customs and Border Protection At 1300 Pennsylvania Avenue, 3rd, Washington D.C. 20229, to file a complaint through it's administrative remedie procedure to obtain documents by them, which the defendants restraint the Plaintiff ability to pursue through the administrative Remedies by not and Rejecting to Acknowledging nor Return Receipt of nor forms to pursue administrative remedies to obtain document that involving Consisting of: all

1. listing of U.S sea port of the U.S custom branches that confiscated ships that transported tons of cocaine that was seize by the U.S. custom. And requesting all paperwork that dealt with each ship seize with cocaine.

2. How much cocaine has been confiscated, and the procedure How it has been computed, store and use as evidence.

3. The names of All ship and their course when seize,

PAGE 5 OF 6

Memorandum of point and
Authorities
In support there of

## 1

The Constitution of the United States of America

" we the people of the United states, in order to form a more perfect Union, establish Justice, insure domestic tranquility, provide for the common defence, promote the general welfare, And secure the Blessings of Liberty to ourselves and our Posterity "

### 5th
### Amendment

" Nor be deprived of life, liberty or property \
(Political Freedom & Liberty) (occupation)

### 14th
### Amendment

" Nor shall any state deprive any person of life, liberty, or property

( Political Freedom & liberty)

1. Administrative Procedures Act (APA)
2. Freedom of information Act

### 1
### Amendment

Congress shall make no Law Respecting an establishment of religion, or prohibiting the free exercise thereof; or Abridging the freedom of speech, or of the press; or the right of the people peaceably to Assemble, and to Petition the Government for a Redress of grievance.

## First Claim for Relief

( The Constitution of the United States of America ≥ Violation — establish justice, insure domestic tranquility, provide for the Common defence - promote the general welfare, and secure the blessings of Liberty to ourselves and our posterity "

1. Plaintiff Refers to and incorporates by Reference to complaint attached herein the allegation of paragraph 1 through 5, inclusive.

2. Plaintiff's has been disorder to form a more, establishment Justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to our selves and our

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

1

1  posterity, As described herein, refer to the Attached complaint, Said
2  disorder is by the Federal government enacted by the Federal
3  Congress, by not forming more nor ordering, insurely of domestic
4  tranquility, establishing Justice, provide for the common defence,
5  promote the general welfare, and secure the blessing of Liberty,

6      3. The Federal government defendants conduct violates the
7  Constitution of the United States of America and 42 U.S.C § 1983,
8  disorder to form a more establish justice, insure domestic tranquility,
9  provide for the common defence, promote the general welfare, and
10  secure the blessings of Liberty.

11      Second, Claim for Relief

12  ( 5th amendment violation - life, liberty or property ( Political freedom
13  And ( liberty )Occupation )

14      Plaintiff refers to and incorporates by reference herein to the
15  complaint Attached, the allegation of paragraph 1 through 5, inclusive

16      4. Plaintiff Political freedom ( liberty has been Affected, the
17  Plaintiff Political freedom has been effected by the Administrative
18  procedure act and the Freedom of information Act preventing the
19  Plaintiff to obtain information basis of his occupation of a paralegal.
20      Said Political freedom, liberty and occupation has included,
21  Not to obtain information Refer in to the allege in the complaint Attached

22      Defendants conduct violated the 5th amendment And
23  42 U.S. 1983, constitutes And deprive of Rights and restrictions violation
24  of the 5th amendment Right of and absence of restriction, of Political
25  freedom, liberty and his occupation. and refer to First claim for Relief

    Third, claim for Relief

26
27  ( 14th amendment violation - life, liberty or property) plaintiff
28  Refer to the alone mention. in second claim for Relief and First claim for Relief.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

fourth claim for relief

( Administrative Procedure Act (APA) violation - to pursue
Administrative Remedies.

Plaintiff refer to the First, second and third claim for relief

### fifth, claim for relief

( ~~Administrative~~
Freedom of information Act violation - Refuse to
Provided needed information)

- Plaintiff refer to the First, second, third, fourth claim for
Relief

### sixth, claim for relief

(1st Amendment violation - Congress shall not Abridge
the right to petition the Government for a Redness of
Grievance)

Plaintiff Refers to and incorporates by Reference herein to the complaint
Attached, the allegation of paragraph. 1 through 5, inclusive

Plaintiff allege that the ~~congress~~ federal congress created
Federal **&** Administrative Agencies whom ~~for~~ these Federal
administrative agencies enacted Federal administrative laws
that abridge the Plaintiff the Right to petition the Government
for a Redness of grievance

Defendants conduct violated the 1. st Amendment, the Right to
petition the Government for a Redness of grievance) And 42. U.S.C
1983, their conduct constitute abridging the Right to petition in violation
of the ~~8~~ eight Amendment Right not to be abridge the Right to petition
the government for redness grievance.

### Prayers for Relief

Wherefore, plaintiff Keith Thomas, prays for Judgment against
defendants as follow:

1. order summary of Judgment to the Plaintiff
2. order evidentiary hearing, trial date and demand for Jury trial
   Federal Rules of civil Procedure Rule 38,
3. demand the defendant to seek Federal Rules of evidence Rule 50

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

4. order the ~~Plan~~ defendant to allow the Plaintiff crew member to do the work of making copies and research supervisor by the Federal government to ease the burden of the Federal government employee

5. for such other and futher relief as the court may deem just and proper.

Dated