Keith Thomas
Corcoran State Prison
S.H.U 4-A 2-R cell-21
P.O. Box 3426
Corcoran, CA. 93212

FILED
JAN 30 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
   Plaintiff

Case No. 05-2362
Motion: Requesting 30 days extension of time to file forma paupenis

V

U.S. Customs and Boarder Protecting, et al

   Plaintiff is a California state prisoner file a 42. U.S.C 1983, in the U.S. District court of columbia. The Plaintiff request for the U.S District court of columbia to grant the Plaintiff an extension of time for 30 days, because Plaintiff is in california the Plaintiff is receiving the order file by the U.S. District court of columbia a week of such to file to the U.S. District court of columbia a return of an order as in this circumstance when the Plaintiff receive the Dated Dec 08 2005 file order at the end of December approximately of Dec 25, 2005.

   Plaintiff needs atleast 30 days to obtain an application by the U.S. District court of columbia of a forma paupenis and to forward to this prison trust department and the response by this prison trust department to send the forma paupenis to the U.S. District court of columbia.

   The Plaintiff request the U.S. District court of columbia to grant the 30 day extension of time to complete the process of the forma paupenis

Dated: Dec 27, 2005

Respectfully submitted

Corcoran state prison
S.H.U 4-A 2-R cell-21
P.O. Box 3476
Corcoran, CA. 93212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF columbia

Keith Thomas
    Plaintiff

v.

U.S. Customs And Border
protecting, et al

Case No. 05-2362
Motion: requesting 30 days
extension of time to file
forma pauperis.

Plaintiff is a California state prisoner file a 42. U.S.C. 1983, in the the U.S. District court of columbia. The Plaintiff request for the U.S. District court of columbia to grant the Plaintiff an extension of time for 30 days, because Plaintiff is in California the Plaintiff is Receiving the order file by the U.S. District court of columbia a week of such to file the U.S District court of columbia a return of an order as in this circumstance when the Plaintiff receive the dated Dec 08-2005, file order at the end of December approximately of Dec 25, 2005.

Plaintiff needs at least 30 days to obtain an application by the U.S. District court of columbia of a forma pauperis And to forward to this prison trust department and the Response by this prison trust department to send the forma pauperis to the U.S. district court of columbia

The Plaintiff request the U.S. District court of columbia to grant the 30 day extension of time to complete the process of the forma pauperis

Dated: Dec 27, 2005

Respectfully submitted

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
 Plaintiff

Case no 05-2362

Proof of service

V

U.S. Customs and Border protection, et al

I hereby certify that on Dec 27, 2005, I served a copy of the attached motion requesting 30 days extension of time to file forma pauperis, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States mail at:

Corcoran State Prison
S.H.U 4-A 2-R cell-2
P.O. Box 3426
Corcoran, CA 93212

Addresses I served copies to:
U.S. District Court
Room 1225
333 Constitution Ave
N.W
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.