**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**
JAN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEITH THOMAS,

        Plaintiff,

v.

JOHN DOE, *et al.*,

        Defendants.

Civil Action No. 05-2362

### ORDER

It is hereby

ORDERED that plaintiff's motion for an extension of time is GRANTED. Within thirty (30) days of this Order, plaintiff shall submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as is required under 28 U.S.C. § 1915. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge

DATE: 1-24-06

