```
REPORT ID: TS3030                                    REPORT DATE: 01/04/06
                                                     PAGE NO:      1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF. STATE PRISON CORCORAN
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006
```

05-2362

**FILED**

FEB 2 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

```
ACCOUNT NUMBER : T67081              BED/CELL NUMBER: 4A2R0000000021L
ACCOUNT NAME   : THOMAS, KEITH PREZELL    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT
 DATE        HOLD
PLACED       CODE     DESCRIPTION            COMMENT       HOLD AMOUNT
----------   ----     -------------------    ----------    -----------
04/23/2004   H104     DAMAGES HOLD           304463/TV          80.50
04/23/2004   H111     LIBRARY HOLD           304463/BOK           5.99
04/26/2004   H107     POSTAGE HOLD           304473               2.35
04/26/2004   H107     POSTAGE HOLD           304473               1.06
04/26/2004   H107     POSTAGE HOLD           304473               3.30
04/26/2004   H107     POSTAGE HOLD           304473               7.40
04/26/2004   H107     POSTAGE HOLD           304473               3.50
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               3.60
04/26/2004   H107     POSTAGE HOLD           304473               1.20
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.83
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.83
04/26/2004   H107     POSTAGE HOLD           304473               0.74
04/26/2004   H107     POSTAGE HOLD           304473               0.60
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.20
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.83
04/26/2004   H107     POSTAGE HOLD           304473               0.83
04/26/2004   H107     POSTAGE HOLD           304473               0.60
04/26/2004   H107     POSTAGE HOLD           304473               3.85
04/26/2004   H107     POSTAGE HOLD           304473               1.60
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.37
04/26/2004   H107     POSTAGE HOLD           304473               7.21
04/26/2004   H107     POSTAGE HOLD           304473               1.60
04/26/2004   H107     POSTAGE HOLD           304473               0.80
04/26/2004   H107     POSTAGE HOLD           304473               0.80
```

| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |

```
REPORT ID: TS3030                                          REPORT DATE: 01/04/06
                                                           PAGE NO:         2
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT: T67081     ACCT NAME: THOMAS, KEITH PREZELL       ACCT TYPE: I
```

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 05/04/2004 | H107 | POSTAGE HOLD | 304567 | 0.49 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 2.99 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 6.50 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/20/2004 | H107 | POSTAGE HOLD | 400272 | 0.37 |
| 07/22/2004 | H107 | POSTAGE HOLD | 400326 | 0.37 |
| 08/06/2004 | H107 | POSTAGE HOLD | 400526 | 0.37 |
| 08/10/2004 | H107 | POSTAGE HOLD | 400545 | 0.37 |
| 08/16/2004 | H107 | POSTAGE HOLD | 400641 | 0.37 |
| 08/17/2004 | H107 | POSTAGE HOLD | 400658 | 0.37 |
| 08/20/2004 | H107 | POSTAGE HOLD | 0733/8-18 | 0.37 |
| 08/26/2004 | H107 | POSTAGE HOLD | 400800 | 0.37 |
| 09/01/2004 | H107 | POSTAGE HOLD | 400843 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.49 |
| 09/08/2004 | H107 | POSTAGE HOLD | 400930 | 0.37 |
| 09/09/2004 | H107 | POSTAGE HOLD | 400941 | 0.37 |
| 05/04/2005 | H107 | POSTAGE HOLD | 4156/04-21 | 0.49 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |

| 10/17/2005 | H107 | POSTAGE HOLD | 1448/10/11 | 0.37 |

```
REPORT ID: TS3030                                      REPORT DATE: 01/04/06
                                                       PAGE NO:        3
                        CALIF. STATE PRISON CORCORAN
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT: T67081     ACCT NAME: THOMAS, KEITH PREZELL      ACCT TYPE: I
```

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 10/17/2005 | H107 | POSTAGE HOLD | 1448/10/11 | 0.37 |
| 10/17/2005 | H107 | POSTAGE HOLD | 1448/10/11 | 0.37 |
| 12/07/2005 | H109 | LEGAL POSTAGE HOLD | 2088/12-01 | 0.37 |
| 12/07/2005 | H109 | LEGAL POSTAGE HOLD | 2088/12-01 | 0.37 |
| 12/07/2005 | H109 | LEGAL POSTAGE HOLD | 2088/12-04 | 0.49 |
| 12/08/2005 | H118 | LEGAL COPIES HOLD | 2108/11-28 | 1.50 |
| 12/08/2005 | H118 | LEGAL COPIES HOLD | 2108/11-28 | 0.25 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 1.06 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.60 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.60 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.60 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.37 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 0.83 |
| 12/09/2005 | H109 | LEGAL POSTAGE HOLD | 2135/12-06 | 2.21 |
| 12/15/2005 | H109 | LEGAL POSTAGE HOLD | 2208/12-13 | 5.30 |
| 12/15/2005 | H109 | LEGAL POSTAGE HOLD | 2208/12-13 | 1.75 |
| 12/15/2005 | H109 | LEGAL POSTAGE HOLD | 2208/12-13 | 0.60 |
| 12/15/2005 | H109 | LEGAL POSTAGE HOLD | 2208/12-13 | 0.37 |
| 12/15/2005 | H109 | LEGAL POSTAGE HOLD | 2208/12-13 | 0.49 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.83 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.83 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 1.98 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 1.29 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 1.52 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 1.29 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 1.06 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-20 | 0.37 |

01/03/2006  H109  LEGAL POSTAGE HOLD         2323/12-21      0.37

```
REPORT ID: TS3030                                        REPORT DATE: 01/04/06
                                                         PAGE NO:        4

                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT:  T67081       ACCT NAME: THOMAS, KEITH PREZELL       ACCT TYPE: I
```

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 1.52 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 206.99 | 0.00 |

CURRENT AVAILABLE BALANCE
--------------
206.99-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

1
2                                                          Case Number: __05-2362__
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                          **IN**
11                              **PRISONER'S ACCOUNT**
12

13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of __Keith Thomas T67081__ for the last six months at
15                                      [prisoner name]
16 __CSP-Corcoran__ where (s)he is confined.
17         [name of institution]
18    I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $ __Ø__ and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $__Ø__.
21
22 Dated: __1/4/06__                              __[signature]__
23                                                [Authorized officer of the institution]
24
25
26
27
28

```
EPORT ID: TS3030                                          REPORT DATE: 01/04/06
                                                          PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCOUNT NUMBER : T67081              BED/CELL NUMBER: 4A2R0000000021L
ACCOUNT NAME   : THOMAS, KEITH PREZELL    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE      DESCRIPTION              COMMENT      HOLD AMOUNT
   ------     ----      -----------              -------      -----------
  04/23/2004  H104   DAMAGES HOLD               304463/TV         80.50
  04/23/2004  H111   LIBRARY HOLD               304463/BOK         5.99
  04/26/2004  H107   POSTAGE HOLD               304473             2.35
  04/26/2004  H107   POSTAGE HOLD               304473             1.06
  04/26/2004  H107   POSTAGE HOLD               304473             3.30
  04/26/2004  H107   POSTAGE HOLD               304473             7.40
  04/26/2004  H107   POSTAGE HOLD               304473             3.50
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             3.60
  04/26/2004  H107   POSTAGE HOLD               304473             1.20
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.83
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.83
  04/26/2004  H107   POSTAGE HOLD               304473             0.74
  04/26/2004  H107   POSTAGE HOLD               304473             0.60
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.20
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.83
  04/26/2004  H107   POSTAGE HOLD               304473             0.83
  04/26/2004  H107   POSTAGE HOLD               304473             0.60
  04/26/2004  H107   POSTAGE HOLD               304473             3.85
  04/26/2004  H107   POSTAGE HOLD               304473             1.60
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.37
  04/26/2004  H107   POSTAGE HOLD               304473             7.21
  04/26/2004  H107   POSTAGE HOLD               304473             1.60
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
  04/26/2004  H107   POSTAGE HOLD               304473             0.80
```

| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |

```
REPORT ID: TS3030                                          REPORT DATE: 01/04/06
                                                           PAGE NO:         2
                          CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT: T67081      ACCT NAME: THOMAS, KEITH PREZELL        ACCT TYPE: I
```

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.37 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.80 |
| 04/26/2004 | H107 | POSTAGE HOLD | 304473 | 0.60 |
| 05/04/2004 | H107 | POSTAGE HOLD | 304567 | 0.49 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 2.99 |
| 06/14/2004 | H111 | LIBRARY HOLD | 5181/WSP | 6.50 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/07/2004 | H107 | POSTAGE HOLD | 400096 | 0.37 |
| 07/20/2004 | H107 | POSTAGE HOLD | 400272 | 0.37 |
| 07/22/2004 | H107 | POSTAGE HOLD | 400326 | 0.37 |
| 08/06/2004 | H107 | POSTAGE HOLD | 400526 | 0.37 |
| 08/10/2004 | H107 | POSTAGE HOLD | 400545 | 0.37 |
| 08/16/2004 | H107 | POSTAGE HOLD | 400641 | 0.37 |
| 08/17/2004 | H107 | POSTAGE HOLD | 400658 | 0.37 |
| 08/20/2004 | H107 | POSTAGE HOLD | 0733/8-18 | 0.37 |
| 08/26/2004 | H107 | POSTAGE HOLD | 400800 | 0.37 |
| 09/01/2004 | H107 | POSTAGE HOLD | 400843 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.37 |
| 09/07/2004 | H107 | POSTAGE HOLD | 400900 | 0.49 |
| 09/08/2004 | H107 | POSTAGE HOLD | 400930 | 0.37 |
| 09/09/2004 | H107 | POSTAGE HOLD | 400941 | 0.37 |
| 05/04/2005 | H107 | POSTAGE HOLD | 4156/04-21 | 0.49 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |
| 07/27/2005 | H107 | POSTAGE HOLD | 0371/07-25 | 0.37 |

| 10/17/2005 | H107 | POSTAGE HOLD | 1448/10/11 | 0.37 |

```
REPORT ID: TS3030                                    REPORT DATE: 01/04/06
                                                     PAGE NO:           3
                          CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT: T67081      ACCT NAME: THOMAS, KEITH PREZELL      ACCT TYPE: I


                            CURRENT HOLDS IN EFFECT
  DATE         HOLD
 PLACED        CODE      DESCRIPTION              COMMENT      HOLD AMOUNT
 ----------    ----      ------------------------ ----------   -----------
10/17/2005     H107    POSTAGE HOLD               1448/10/11       0.37
10/17/2005     H107    POSTAGE HOLD               1448/10/11       0.37
12/07/2005     H109    LEGAL POSTAGE HOLD         2088/12-01       0.37
12/07/2005     H109    LEGAL POSTAGE HOLD         2088/12-01       0.37
12/07/2005     H109    LEGAL POSTAGE HOLD         2088/12-04       0.49
12/08/2005     H118    LEGAL COPIES HOLD          2108/11-28       1.50
12/08/2005     H118    LEGAL COPIES HOLD          2108/11-28       0.25
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       1.06
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.60
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.60
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.60
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.37
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       0.83
12/09/2005     H109    LEGAL POSTAGE HOLD         2135/12-06       2.21
12/15/2005     H109    LEGAL POSTAGE HOLD         2208/12-13       5.30
12/15/2005     H109    LEGAL POSTAGE HOLD         2208/12-13       1.75
12/15/2005     H109    LEGAL POSTAGE HOLD         2208/12-13       0.60
12/15/2005     H109    LEGAL POSTAGE HOLD         2208/12-13       0.37
12/15/2005     H109    LEGAL POSTAGE HOLD         2208/12-13       0.49
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.83
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.60
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.60
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.83
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       1.98
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       1.29
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       1.52
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       1.29
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       1.06
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.60
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.60
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
01/03/2006     H109    LEGAL POSTAGE HOLD         2323/12-20       0.37
```

| Date | Code | Description | Reference | Amount |
|---|---|---|---|---|
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |

Case 1:05-cv-02362-CKK    Document 6    Filed 02/24/2006    Page 14 of 17

01/03/2006    H109    LEGAL POSTAGE HOLD    2323/12-21    0.37

```
REPORT ID: TS3030                                    REPORT DATE: 01/04/06
                                                     PAGE NO:        4
                        CALIF. STATE PRISON CORCORAN
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2005 THRU JAN. 04, 2006

ACCT: T67081      ACCT NAME: THOMAS, KEITH PREZELL         ACCT TYPE: I
```

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.60 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 0.37 |
| 01/03/2006 | H109 | LEGAL POSTAGE HOLD | 2323/12-21 | 1.52 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 206.99 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
206.99-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

FILED
CLERK, U.S DISTRICT COURT

NOV 29 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Keith Thomas T67081
PRISONER/PLAINTIFF,

v.

Dr. Miller, Martin Luther King Jr. Drew Hospital, et al
DEFENDANT(S).

CASE NUMBER

CV 05-08379 PLA

DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES

I, __Keith Thomas__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison?  ☐Yes  ☒No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
    ∅

    b. State the place of your incarceration __Corcoran State Prison__
    _____. Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☐Yes  ☒No
    b. Rent payments, interest or dividends?  ☐Yes  ☒No
    c. Pensions, annuities or life insurance payments?  ☐Yes  ☒No
    d. Gifts or inheritances?  ☐Yes  ☒No
    e. Any other income (other than listed above)?  ☐Yes  ☒No
    f. Loans?  ☐Yes  ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months:

    _____
    _____

(CONTINUED ON REVERSED SIDE)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.)   ☐ Yes   ☒ No

If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the <u>six (6) months prior</u> to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

If the answer is yes, describe the property and state it approximate value: ∅
_____

5. In what year did you last file an Income Tax Return? ∅
   Approximately how much income did your last tax return reflect? ∅

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: ∅
_____
_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

State of __CAlifornia__

County (or City) of __Kings, Corcoran__

I, __Keith Thomas__, declare under penalty of perjury that the foregoing is true and correct.

Date: __Nov 8, 2005__   _____
                         Prisoner-Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of thes fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __∅__ on account at the __CSP Corcoran__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __∅__
I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __∅__

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

Dated: __1/4/06__   _____
                    Authorized Officer of Institution (Signature)

CV 60P (11/96)   DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS