UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **KEITH THOMAS,**<br><br>            Plaintiff,<br><br>    v.<br><br>**U.S. CUSTOMS AND BORDER PROTECTION,**<br>**et al.,**<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2362<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, it is

**ORDERED**, that:

1. The Plaintiff is not obligated to pay an initial partial filing fee payment.

2. The Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as partial payments on the $250.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

7

5. Plaintiff's application to proceed *in forma pauperis* is granted.

_____
United States District Judge

DATE: 2/10/06