UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH THOMAS,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, ET AL.,<br><br>               Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-2362 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendant in this action.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
501 Third Street, N.W., Rm. 4810
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

KEITH THOMAS
Corcoran State Prison
S.H.U. 4-A 2-R Cell-21
P.O. Box 3476
Corcoran, CT 93212

                                                                  /s/
                                        MARIAN L. BORUM, D.C. Bar # 435409
                                        Assistant United States Attorney
                                        501 Third Street, N.W., Rm. 4810
                                        Washington, D.C.  20530
                                        (202) 514-6531
                                        Counsel for Defendant