UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH THOMAS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2362 (CKK) |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES CUSTOMS AND BORDER** ) | |
| **PROTECTION, ET AL.,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time up to and including April 29, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint would otherwise be due on March 31, 2006. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and pertains to the processing of plaintiff *pro se*'s FOIA requests to the "U.S. Customs and Border Protection." Plaintiff, who is incarcerated at a federal correctional institution, is seeking records from the federal government regarding the confiscation of ships and cocaine which was contained in those ships.

The undersigned counsel recently transferred to the Civil Division and received the file regarding this matter on March 28, 2006. Undersigned counsel requests time to consult with Agency Counsel and obtain the information necessary to respond to Plaintiff's Complaint.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

                        Respectfully submitted,

                        /s/
                        KENNETH L. WAINSTEIN, D.C. Bar # 451058
                        United States Attorney

                        /s/
                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                        Assistant United States Attorney

                        /s/
                        MARIAN L. BORUM, D.C. BAR # 435409
                        Assistant United States Attorney
                        501 Third Street, N.W., Rm. 4810
                        Washington, D.C.  20530
                        (202) 514-6531
                        Counsel for Defendant

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LcvR 16.3(a).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

KEITH THOMAS
Corcoran State Prison
S.H.U. 4-A 2-R Cell-21
P.O. Box 3476
Corcoran, CA 93212

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH THOMAS,** | )<br>)<br>) |
| Plaintiff, | )    Civil Action No. 05-2362 (PLF)<br>) |
| v. | )<br>) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION, ET AL.,** | )<br>)<br>) |
| Defendant. | )<br>) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of _____ 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including April 29, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

KEITH THOMAS
Corcoran State Prison
S.H.U. 4-A 2-R Cell-21
P.O. Box 3476
Corcoran, CA 93212