UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
  Plaintiff

Case No. 05-2362
         06-0464
         05-2391

V

John Doe, et al
President George W. Bush, et al
Federal Aviation Administration, et al

Motion: Requesting Clerk of the Court to order trust account statement for 6 month from Concoran State Prison and wish amended complaint

Plaintiff a complaint in case 05-2362, 06-0464 and 05-2391, the Plaintiff is undergoing circumstance that prevent him to carry out the application to proceed in forma pauperis. The counselor within 3A03 administrative segregation assign to the Plaintiff is delaying the process of submitting the application to proceed in forma pauperis. The Plaintiff request this court to order through this court for this court Plaintiff trust account statement for 6 months.

Plaintiff wish to amended complaint pursuant to the Fed. R. Civ. Proc. Rules 15(A) and amended complaint under the Jurisdiction of Bivens V. Six Unknown Agents 403. U.S 388 (1971). The Plaintiff wish this court to do so under the Plaintiff circumstance.

Dated: April 3, 2006