UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

V

~~Federal~~ U.S. Custom and Border
Protecting, et al

Case No. 05-2362-CKK
Amended Complaint
Fed. R. Civ. P. Rules 15(a) and 9(a)
Foman V. Davis, 371, U.S. 178, 182
(1962)
For injunction relief demand
For trial

### Jurisdiction

1. This action is brought pursuant to Bivens V. Six Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)

### Venue

2. The give rise to the claim alleged in the first complaint, therefore venue is proper under 28. U.S.C 1391 (b)(2)

### First Claim For Relief

Defendants herein allege in first complaint violate the administrative procedure act and the Freedom of Information Act

### Prayer for Relief

Wherefore, plaintiff, Keith Thomas, prays for the following relief:
1. injunctive relief, to provide the documents
2. file grievance against personal

### Demand for Jury Trial

Plaintiff, Keith Thomas, hereby demands a trial by Jury

Dated Feb 27, 2006

Respectfully submitted

/s/

RECEIVED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1