**Defendants' Exhibit No. 1**
**Keith Thomas v. U.S. Customs and Border Protection, et al., Civil Action No. 05-2362 (CKK)**

**Declaration of Sandra R. Armstrong, Government Accountability Office, and Exhibits 1-4**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THAMAS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Civil Action No. 05- 2362(CKK) |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

## DECLARATION OF SANDRA R. ARMSTRONG

1.   I am presently employed as a Disclosure Information Specialist, Office of Quality and Continuous Improvement (QCI) at the Government Accountability Office (GAO). I have served in that capacity since approximately September 1985.

2.   QCI manages disclosure services under GAO's Public Availability of GAO Records regulations. When GAO receives a request for records, QCI logs the request into the Public Request for Information (PRI) database which includes, among other information, the name of the requester and the date of the request. QCI then sends the records request to the appropriate GAO office to check for responsive records. Once responsive records have been located, QCI responds to the request.

3.   QCI's PRI database contains information concerning records requests directed to GAO dating back to approximately 1995. The PRI database is searchable by the requester's name.

4.    On or about April 19, 2006, I performed a search of the PRI database to ascertain whether GAO had received a records request from an individual named Keith Thomas. I located two requests sent by Mr. Thomas and GAO's reply to each request.

5.   Mr. Thomas's first request, dated August 18, 2005, requested information regarding certain procedures and official operations within GAO. GAO replied by letter dated October 26, 2005. GAO's reply notified Mr. Thomas that GAO is not

1

subject to FOIA, and enclosed a copy of GAO's regulations concerning the public availability of GAO records (4 C.F.R. part 81). The reply also contained a copy of GAO Serving the Congress, GAO's Strategic Plan (2004-2009), and GAO's Performance and Accountability Report (Fiscal Year 2004). I have attached a copy of the request dated August 18, 2005 and GAO's reply dated October 26, 2005.

6. Mr. Thomas's second request, dated November 13, 2005, requested information about the FCC and broadcasting, and also requested six (6) specific GAO reports. GAO replied by letter dated December 1, 2005. GAO's reply included a copy of the requested reports. GAO searched its documents database and located a list of products related to broadcasting and enclosed a list of those products with an order form to enable Mr. Thomas to request copies of the products. Additionally, GAO suggested that Mr. Thomas submit a request to the FCC, and provided the address at FCC to which Mr. Thomas's request should be sent. GAO again notified Mr. Thomas that GAO is not subject to FOIA and enclosed a copy of its regulations concerning the public availability of records (4 C.F.R. part 81). I have attached a copy of the request dated November 13, 2005 and GAO's reply dated December 1, 2005.

7. There is no record of Mr. Thomas filing any administrative appeals as set forth in 4 C.F.R. § 81.4(d).

8. Pursuant to 28 U.S.C. § 1746, I, Sandra R. Armstrong, declare under penalty of perjury that the foregoing is true and correct. Executed on this _27_ day of April, 2006.

*Sandra R Armstrong*

Keith Thomas
CDC T-67081
Corcoran State Prison
S.H.U 4-A 2-R cell-21
P.O. Box 3476
Corcoran, CA 93212
Aug 18, 2005

PKJ-06-014

Government Accountability
Office
441 G St. NW
Washington, DC 20548

Re: informative literature

Dear sir/madam

    I'm writing you concerning Freedom of information procedure and official operations within the Government Accountability office

Thank You



United States Government Accountability Office
Washington, DC 20548

PRI-06-014

October 26, 2005

Mr. Keith Thomas
CDC T-67081
Corcoran State Prison
S.H.U 4-A 2R, Cell 21
Post Office Box 3476
Corcoran, CA 93212

Dear Mr. Thomas:

This letter responds to your August 18, 2005, request for copies of records concerning the Freedom of Information Act and Government Accountability Office (GAO) operation procedures.

As an agency responsible to the Congress, GAO is not subject to FOIA. However, GAO's disclosure policy follows the spirit of the act consistent with GAO's duties and functions as an agency with primary responsibility to Congress. We are enclosing for your information a copy of our regulations concerning the availability of GAO records to the public which are contained in 4 C.F.R. Part 81 (2005).

We are also enclosing copies of the following records pertaining to the duties and functions of GAO:

1. <u>GAO Serving the Congress</u>.

2. <u>GAO's Strategic Plan</u> (2004-2009).

3. <u>GAO Performance & Accountability Report</u> (Fiscal Year 2004).

Thank you for your interest in GAO's work and hope you find the above information helpful.

Sincerely yours,

Timothy P. Bowling
Chief Quality Officer

Enclosures

One T. C. Tosh
Corcoran State Prison
SHU-4A-2 Section 21
P.O. Box 3476
Corcoran, CA 93212

Nov 13, 2005

FRI-06-032

Chief Quality Officer
U.S. General Accounting Office
441 G Street NW
Washington DC 20548

Dear, Chief Quality Officer

I'm Requesting pursuant to For Subchapter F Record Part 81- Sec 81.4 (e), printed document by the National Telecommunications and Information Administration the office of ~~Telecom~~ Telecommunications And Information Applications, through the Administration the public Telecommunications Facilities Program (PTFP) the PTFP give grant program that helps public broadcasting station, state and local government, the main objective of the program is to extend the deliver of public radio and television to unserved areas of the United States.

If you have relevant information relating to the above-mention, can you make every effort to resolve such problems as quickly as possible

I'm Requesting 1.74.C (GAO-04-8) and 1.80.C (GAO-03-7, GAO-03-742T And GAO-04-262T); 2.36.A (GAO/NSIAD-00-222 And GAO-03-772)

Can you provide me any information about FCC that the GAO relate to that involve permits, license for the purpose of Radio and Television Broadcasting that the Congress implement for the FCC

Thank You

# GAO

Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

PRI-06-032

December 1, 2005

Mr. Keith Thomas
CDC T-67081
Corcoran State Prison
S.H.U. 4-A 2-R Cell-21
Post Office Box 3476
Corcoran, CA 93212

Dear Mr. Thomas:

This letter responds to your November 13, 2005, request for records the Government Accountability Office (GAO) issued pertaining to the Federal Communications Commission (FCC) implementation of permits and licenses for the purpose of radio and television broadcasting. You are also interested in copies of the following GAO reports:

1. U.S. INTERNATIONAL BROADCASTING: Strategic Planning and Performance Management System Could Be Improved (GAO/NSIAD-00-222, Sep. 27, 2000).

2. TELECOMMUNICATIONS: Additional Federal Efforts Could Help Advance Digital Television Transition (GAO-03-7, Nov. 8, 2002).

3. TELECOMMUNICATIONS: Data Gathering Weaknesses In FCC's Survey of Information on Factors Underlying Cable Rate Changes (GAO-03-742T, May 6, 2003).

4. U.S. INTERNATIONAL BROADCASTING: New Strategic Approach Focuses on Reaching Large Audiences but Lacks Measurable Program Objectives (GAO-03-772, July 15, 2003).

5. TELECOMMUNICATIONS: Subscriber Rates and Competition in the Cable Television Industry (GAO-04-262T, Mar. 25, 2004).

6. TELECOMMUNICATIONS: Issues Related to Competition and Subscriber Rates in the Cable Television Industry (GAO-04-8, Oct. 24, 2003).

We searched our documents database and located the enclosed list of products related to broadcasting, which may be of interest to you. We are enclosing an order form to enable you to request copies of the products you may want to examine in more detail or you may access them by visiting our website at www.gao.gov. Additionally, we are also enclosing items 1 through 6 as you requested in your letter.

Finally, you may want to submit a request to FCC at the following address for records related to your request:

- ❖ FCC
  Shoko B. Hair
  FOIA Officer
  Room 5C406
  445 12th Street, SW
  Washington, DC 20554
  Fax: 202/418-0521

Your letter refers to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. As an agency responsible to the Congress, GAO is not subject to FOIA. However, GAO's disclosure policy follows the spirit of the act consistent with GAO's duties and functions as an agency with primary responsibility to Congress. We are enclosing for your information a copy of our regulations concerning the availability of GAO records to the public which are contained in 4 C.F.R. Part 81 (2005).

Sincerely yours,

Timothy P. Bowling
Chief Quality Officer

Enclosures