**Defendants' Exhibit No. 2
<u>Keith Thomas v. U.S. Customs and Border Protection, et al.</u>, Civil Action No. 05-2362 (CKK)**

**Declaration of Shoko B. Hair and Declaration of Tom D. Shirley, Federal Communications Commission, and Exhibits 1-2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,<br><br>PLAINTIFF,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER<br>PROTECTION, ET AL.,<br><br>DEFENDANTS. | Civil Action No. 05-2362 (CKK) |

### DECLARATION OF SHOKO B. HAIR

1.  I am presently employed as a Program Analyst, Performance Evaluation and Records Management ("PERM"), Office of Managing Director, Federal Communications Commission ("FCC"). I have served in that capacity since approximately May 2002.

2.  PERM functions as, among other things, the FCC's central repository concerning Freedom of Information Act ("FOIA") requests that the agency receives. In most cases, PERM logs FOIA requests into a computerized database which includes, among other information, the name of the requester and the date of the request. PERM then assigns the FOIA request to the appropriate FCC bureau or office to respond. If a FOIA request seeks information that the FCC does not maintain, however, or the request is otherwise not properly directed to the FCC, PERM does not log the request into its computerized database or assign it to an FCC bureau or office. Instead, PERM notifies the requester of the proper entity to which the FOIA request should be directed or forwards the request to the entity and maintains a non-electronic file of the request which includes, among other information, the name of the requester and the date of the request. Finally, if PERM receives a request for information and/or a general inquiry seeking information from the FCC that is not a FOIA request, PERM refers any such request and/or general inquiry to the FCC's Consumer and Governmental Affairs Bureau ("CGB") to respond. *See* 47 C.F.R. § 0.441.

3.  PERM's computerized database contains information concerning FOIA requests directed to the FCC dating back to approximately January 1993. PERM's non-electronic file contains information concerning such FOIA requests dating back to approximately August 2002. Both the database and file are searchable by the requester's name.

4.  On or about April 13, 2006, I performed a search of PERM's computerized database and non-electronic file to ascertain whether the FCC had received a FOIA request from an individual named Keith Thomas. The database did not contain any record of the FCC having received a FOIA request from Mr. Thomas.

5.  The FCC did receive a letter from Mr. Thomas dated December 13, 2005. I reviewed this letter and determined that, under the FOIA statute, 5 U.S.C. § 552, and the FCC's FOIA regulations, 47 C.F.R. §§ 0.441-0.470, the letter was not a FOIA request, but was instead a request for information and/or a general inquiry properly directed to CGB. *See* 47 C.F.R. § 0.441. Therefore, I forwarded Mr. Thomas' letter to CGB for it to respond to Mr. Thomas.

6.  Pursuant to 28 U.S.C. § 1746, I, Shoko B. Hair, declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of April, 2006.

*[signature]*
Shoko B. Hair

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civil Action No. 05-2362 (CKK) |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## DECLARATION OF TOM D. SHIRLEY

1.  I am presently employed as a Management Analyst, Consumer Information and Complaints Division ("CICD"), Consumer and Government Affairs Bureau, Federal Communications Commission ("FCC"). I have served in that capacity since approximately January 2001.

2.  CICD's functions include, among other things, responding to requests for information and/or general inquiries that the FCC receives from members of the public. A letter from Keith Thomas to FCC employee Shoko B. Hair, dated December 13, 2005 and attached hereto as Exhibit 1, was referred to me for response. I drafted a letter dated January 4, 2006 responding to Mr. Thomas. To the best of my recollection, on or about January 4, 2006, I signed the letter and placed it in the FCC's designated area for outgoing mail so that my letter would be sent to Mr. Thomas at the address that he provided. To the best of my knowledge, the letter was indeed sent to Mr. Thomas on or about January 4, 2006. I did not, however, retain a copy of the signed letter that was sent to Mr. Thomas. A true and correct unsigned copy of my January 4, 2006 letter to Mr. Thomas is attached hereto as Exhibit 2.

3.  Pursuant to 28 U.S.C. § 1746, I, Tom D. Shirley, declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of April, 2006.

_____
Tom D. Shirley

Keith Thomas
CDC T-67061
Corcoran State Prison
S.H.U 4-A 2-R cell-21
P.O. Box 3476
Corcoran, CA. 93212
Dec 13, 2005

FCC
Shoko B. Hair
FOIA officer
Room SC 406
445 12th Street, SW
Washington DC 20554

Dear, Shoko B. Hair

I'm writing you about obtaining a FCC licence for radio and cable network. The GAO provide me this address. I assume it's the correct address, if not can you still assist me with the information I'm requesting. I have no physical access to any internet nor website to obtain this information. Can you provide me the printed materials.

I'm requests forms for FCC licence for Radio FM and AM and cable network (subscriber). Can you provide me a list of cable company example American cable Assiciation, addresses and a name to contact. Can you provide me a list and information to obtain a signal for cable network and radio, and places like TRW whom develope signal for radio and cable network. Can you provide me a list of places where I can buy equipment for radio signal and cable network signal, like radio Dash, etc. Also can you provide me and put me on your publication subscriber mail list to receive newsletters, and magazine.

I appreciate if you can deliver this letter to the assign person who handle this matter, because I hate to rewrite and send to a person when I have no address to send this letter to to obtain what I'm requesting. Also can you provide me a description of your FOIA service of FCC.

Thank You

P.S. can you provide me the addresses to the Public Relation office and where I can file complaint about FCC organizing



Federal Communications Commission
Consumer and Governmental Affairs Bureau
1270 Fairfield Rd.,
Gettysburg, PA 17325

January 4, 2006

Keith Thomas
CDC T-67081
Corcoran State Prison
S.H.U 4-A 2-R Cell 21
POB 3476 Corcoran, CA 93212

Dear Mr. Thomas,

Thank you for your letter of December 13, 2005, in which you ask about obtaining a FCC license for radio and cable network. You note you have no access to the Internet; however the Commission now requires online filing of many of its applications. FCC Form 302-FM Application for FM Broadcast Station License must be filed online. FCC Form 302-AM Application for AM Broadcast Station License and FCC Form 327 Application for Cable Television Relay Service Station Authorization may be filed manually. Copies of application forms may be ordered from the Commission's duplicating contractor:

Best Copy and Printing, Inc.
Portals II
445 12th St. S.W.
Room CY-B402
Washington DC 20554

www.bcpiweb.com
1-800-378-3160

Other matters in your letter are addressed below.

A list of places for buying equipment: Most applicants retain legal counsel and broadcast engineering consultants about equipment, and to perform frequency searches and help prepare the legal and technical portions of construction permit applications. The FCC does not maintain a list of or recommend any particular legal services or broadcast engineering consultants, but we note that many of these services do advertise on the Internet and in trade publications. You must decide which services best suit your needs. Please be aware that the FCC cannot tell you whether a frequency will be available in a particular location, or help in the preparation of applications.

Publication subscriber mail list, newsletter and magazines: Procedures for receiving information from the FCC are limited to email subscription. The sign-up information is at: http://www.fcc.gov/cgb/contacts/.

Freedom of Information Act (FOIA): You do not have to file a FOIA request to obtain information routinely available for public inspection, including records from docketed cases, broadcast applications and related files, petitions for rulemakings, various legal and technical publications, legislative history compilations, etc. See 47 C.F.R. §§ 0.453 and 0.455. To make a FOIA request pursuant to 47 C.F.R. § 0.461, you have two options:

(1) You may fill out the Electronic FOIA (E-FOIA) Request Form and submit it;

or (2) you may file in writing, but please follow these instructions: caption your request as "Freedom of Information Act Request," date your request, give us your telephone number and mailing address, and provide as much information as possible which can assist in identifying and locating each document you are seeking. Please include your telephone number so that our staff can contact you if they have questions. You should specify the maximum search fee that you are prepared to pay for this request. Also, please write "Freedom of Information Act Request" on the envelope. Mail an original and two copies of your request to the address below, e-mail your request to FOIA@fcc.gov, or fax your request to (202) 418-2826 or (202) 418-0521.

Managing Director
Attention: FOIA Officer
Federal Communications Commission
445 12th Street, S.W., Room 1-A835
Washington, D.C. 20554

If you have any questions about how to file a FOIA request, contact us at:
Phone: (202) 418-0440
Fax: (202) 418-2826 or (202) 418-0521
E-mail: FOIA@fcc.gov

Address of the public relations office, for filing a complaint about FCC organizing: You may write to the Managing Director, at the address immediately above.

Sincerely