**Defendants' Exhibit No. 3**
**<u>Keith Thomas v. U.S. Customs and Border Protection, et al.</u>, Civil Action No. 05-2362 (CKK)**

**Declaration of Dorothy Pullo, United States Customs and Border Protection**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 06-2362(CKK) |
| ) | |
| U.S. CUSTOMS AND BORDER ) | |
| PROTECTION ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF DOROTHY PULLO

I, DOROTHY PULLO, PURSUANT TO 28 U.S.C. § 1746, DECLARE THE FOLLOWING:

1. I am the Supervisory Program Analyst, TECS/FOIA Customer Satisfaction Unit, Office of Field Operations, United States Customs and Border Protection ("CBP"). As such, I am the official responsible for the overall supervision and management of the processing of Freedom of Information Act ("FOIA") requests for information in CBP record systems. I have held this position since April 2005.

2. I have reviewed the complaint in the above-captioned case and am familiar with the allegations concerning the procedures followed in responding to Keith Thomas's ("Plaintiff") request for information made to CBP pursuant to FOIA, 5 U.S.C. § 552. All information contained herein is based upon information furnished to me in my official capacity.

2

3. On or about April 19, Thora Moore of my staff completed a search of CBP's FOIA database, which holds the information as to when FOIA cases are opened and closed. There is no record of a request from Plaintiff.

4. According to the records of my office, there is no record of Plaintiff having ever made a FOIA request to my office.

## CERTIFICATION

5. I declare under the penalty of perjury that the matters and facts set forth in this Declaration were at times relevant to response to this complaint within my official purview and are correct and true to the best of my information, knowledge and belief.

Executed this 28th day of April, 2006

*Dorothy Pullo*

Dorothy Pullo
Supervisory Program Analyst
TECS/FOIA Customer Satisfaction Unit
Office of Field Operations
United States Customs and Border Protection
Washington, D.C.