**Defendants' Exhibit No. 4**
**Keith Thomas v. U.S. Customs and Border Protection, et al., Civil Action No. 05-2362 (CKK)**

**Declaration of Alexander Morris,**
**Department of Energy**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION, )<br>et al., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2362 (CKK) |

### DECLARATION OF ALEXANDER C. MORRIS

I, Alexander C. Morris, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, or on information contained in the records of the United States Department of Energy ("DOE").

1. I am currently an Information Access Specialist in the DOE's Freedom of Information Act Office. I have served in the Freedom of Information Office since 1994, and in my current position for the past five years.

2. In response to the request of Marian Borum, Assistant United States Attorney, conveyed to me by Jane Schlaifer, a trial attorney in DOE's Office of General Counsel, I searched the data bases within DOE's Headquarters Freedom of Information Office to ascertain whether the plaintiff, Keith Thomas, has filed a Freedom of Information Act request with the Department of Energy.

3. Specifically, I used the FOIA DOCS database, which tracks all FOIA requests received by the DOE Headquarters FOIA office. I used the search term "Thomas" to conduct the search. The search located several entries with the name "Thomas," but none of the entries with the name "Thomas" had the first name "Keith" associated with the requests. My search therefore identified no record of any Freedom of Information Act requests that have been submitted by Keith Thomas.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is

true and correct to the best of my knowledge and belief.

_4/28/06_____                    _____
        Date                                                    Alexander C. Morris