# Defendant's Exhibit No. 1
# Keith Thomas v. U.S. Customs and Border Protection, et al., Civil Action No. 05-2362 (CKK)

# Declaration of Donald Taylor
# United States Coast Guard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH THOMAS,                )
                             )
            Plaintiff,       )
                             )
v.                           )        Civil No. 05-2362 (CKK)
                             )
                             )
UNITED STATES CUSTOMS AND    )
BORDER PROTECTION, ET AL.,   )
                             )
            Defendants.      )
_____)

### DECLARATION OF DONALD TAYLOR

I, Donald Taylor, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the United States Coast Guard ("USCG").

1. I am presently employed as the Freedom of Information Act ("FOIA") Officer at the United States Coast Guard Headquarters ("USCGHQ"), in Washington, D.C. I have served in that capacity since February 1994.

2. The Management Programs & Policy Division of the Office of Information Management (CG-611) maintains a database of all FOIA requests that were either (1) sent directly to CG-611 and, in turn, assigned to another USCGHQ unit for processing; or (2) sent by the requester to another USCG unit and forwarded to USCGHQ for processing. CG-611's database contains FOIA requests received in either manner dating back to 1998. The database is searchable by the requester's name. Some FOIA requests are sent to USCGHQ field units and processed by those units without notification to CG-611 and are not contained in CG-611's database.

3. On or about April 18, 2006, I searched the CG-611 database using the parameter "Keith Thomas" to ascertain if USCGHQ had received a FOIA request from Mr. Thomas. The database contained no record of USCGHQ ever receiving a FOIA request from Mr. Thomas.

4. Pursuant to 28 U.S.C. § 1746, I, Donald Taylor, declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of May, 2006.

*Donald Taylor*
Donald Taylor