# Defendant's Exhibit No. 2
# Keith Thomas v. U.S. Customs and Border Protection, et al., Civil Action No. 05-2362 (CKK)

# Declaration of Lineka N. Quijano
# United States Coast Guard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH THOMAS,           )
                        )
            Plaintiff,  )
                        )
        v.              )   Civil No. 05-2362 (CKK)
                        )
                        )
UNITED STATES CUSTOMS AND )
BORDER PROTECTION, ET AL., )
                        )
            Defendants. )
_____)

### DECLARATION OF LINEKA N. QUIJANO

I, Lineka N. Quijano, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the United States Coast Guard ("USCG").

1. I am currently a Lieutenant and an attorney in the Claims and Litigation Office at United States Coast Guard Headquarters ("USCGHQ"), in Washington, D.C. I have been assigned to the litigation of the above-captioned case, in conjunction with the United States Attorney's Office for the District of Columbia.

2. On or about April 18, 2006, USCGHQ Freedom of Information Act ("FOIA") Officer Donald Taylor informed me that he had searched the Management Programs & Policy Division of the Office of Information Management ("CG-611") database using the parameter "Keith Thomas" to ascertain if USCGHQ had received a FOIA request from Mr. Thomas. Mr. Taylor informed me that the database contained no record of USCGHQ ever receiving a FOIA request from Mr. Thomas.

3. Because some FOIA requests are sent to USCGHQ field units and processed by those units without notification to CG-611, on or about April 24, 2006, I conducted data calls to each of the major units of USCG activity. The major units consisted of thirty-seven (37) separate USCG districts, areas and stations. As a result, I learned that manual searches were conducted and none of the units had received a FOIA request from Mr. Thomas.

4. Pursuant to 28 U.S.C. § 1746, I, Lineka N. Quijano, declare under penalty of perjury that the foregoing is true and correct. Executed on the 9th day of May, 2006.

*[signature]*
Lineka N. Quijano