U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Thomas
　　　Plaintiff
vs

U.S. Customs And Border
Protection, et al
　　　Defendant

Case No. 1:05-cv-2362 CKK
Motion:
Requesting 8 month extension for Plaintiff to respond to defendants motion to dismiss or in the alternative for Summary Judgement

Plaintiff is a state prisoner in the state of California and has received an order for Plaintiff to respond to defendants motion to dismiss or in the alternative for summary judgment. Plaintiff request an 8 month extension because of the Plaintiff is schedule for surgery at Mercy hospital for a Bump that has occurred after a April 14, 2006, surgery at Mercy hospital. After surgery will be a lengthy recovery period. The Plaintiff request 8 month extension to recover from the surgery.

Dated: May 21, 2006

Respectfully submitted
[signature]

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT