UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

v.

U.S Customs and Border
Protection, et al

Case No. 1:05-cv-2362 CKK
Notice of change
of Address

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff a prisoner give notice to this court that the Plaintiff has transfer to another prison in the State of California at CSP, Sacramento P.O. Box 290066, Represa, CA 95671. The Plaintiff request this court to send all notice to this address

Plaintiff declare under penalty of perjury that the foregoing is true and correct

Dated: June 21, 2006

Respectfully submitted

Addresses Plaintiff servies copies to:

U.S. Department of Justice
United State Attorney
District of Columbia
Judiciary center
555 Fourth Street N.W
Washington D.C. 20002