UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH THOMAS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   Civil Action No. 05-2362 (CKK) |
| | ) |
| **U.S. CUSTOMS AND BORDER PROTECTION, et al.,** | ) ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Defendants filed motions to dismiss or, alternatively, for summary judgment on April 28, 2006 and May 10, 2006. Plaintiff is proceeding *pro se*. The Court advised Plaintiff that if he failed to respond to the motions, the Court could assume that the motions were conceded, grant the motions and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

The Court granted Plaintiff an extension of time until August 10, 2006 to file a response to the motions. As of this date, Plaintiff has not filed a response. Accordingly, it is

**ORDERED** that Defendants' Motions to Dismiss or, Alternatively, for Summary Judgment [16][18] are **GRANTED** and the case is **DISMISSED**.

                                                        _____/s/_____
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge

DATE: September 22, 2006