Keith Thomas
CDC T-67081
CSP-Sacramento
Ad-Seg FA6 cell-122
P.O. Box 290001
Represa, CA. 95671

U.S. District Court
District of Columbia

Thomas, Keith
    Plaintiff

vs

U.S. Customs and Border Protection, et al
    Defendant

Case No. 1:05-cv-2362 (CKK)

Notice of Appeal

RECEIVED
OCT 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff herein a prison in the state of California files a Notice of Appeal within the U.S. District Court, District of Columbia, on the order enter on September 22, 2006, for dismissal of case No: 1:05-cv-2362, and Request Relief involving the issue responsing to the Defendants filed motions to dismiss or Alternatively, for summary judgment on April 28, 2006 and May 10, 2006.

Dated: Oct 2 2006

Respectfully submitted

[signature]

## Proof of Service by Mail

U.S. District Court
District of Columbia

Thomas, Keith
   Plaintiff

Case No. 1:05-cv-3263

VS

U.S. Customs and Border
Protection, et al
   Defendants

I declare that
I am a resident of CSP-SAC prison, in the county of Sacramento, California
I am over the age of 18 years my residence address is:
Keith Thomas, CDC T-67081
CSP-Sacramento
Ad-Seg FA6-cell-122
P.O. Box 290001
Represa, CA. 95671

Oct 7, 2006, I served the attached notice of appeal on the clerk of the court Greg Hughes chief Deputy for operations at the United States District Court for the District of Columbia 333 Constitution Ave, N.W. Washington D.C. 20001, thereof in a seal envelope record and log through the CSP-SAC prison mail room at: CSP-Sacramento
   Ad-Seg FA6 cell-122
   P.O. Box 290001
   Represa, CA. 95671

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on Oct 7, 2006

*[signature]*