UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-2362 (CKK) |
| | ) |
| U.S. CUSTOMS AND BORDER | ) |
| PROTECTION, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

    This matter comes before the Court on Plaintiff's motion for leave to appeal *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.")  "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." *Wooten v. Dist. of Columbia Metro. Police Dep't*, 129 F.3d 206, 208 (D.C.Cir. 1997) (internal quotation and citation omitted).

    Plaintiff, proceeding *pro se*, filed this action under the Freedom of Information Act, 5 U.S.C. § 552.  Defendants filed motions to dismiss or, alternatively, for summary judgment. The Court advised Plaintiff that if he failed to respond to the motions, the Court could assume that the motions were conceded, grant the motions and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C.Cir. 1988).  The Court granted Plaintiff an extension of time until August 10, 2006 to file a response to the motions.  Plaintiff did not file a response to the motions and the Court dismissed the action.

    Because Plaintiff never challenged Defendants' motions for summary judgment, there is no basis for his appeal.  Therefore, the Court certifies that this appeal is not taken in good faith.

Accordingly, it is

      ORDERED that Plaintiff's motion for leave to appeal *in forma pauperis* [25] is DENIED.

                                      _____/s/_____
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

DATE: 12-11-06