# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5307                                    September Term, 2006

05cv02362



**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 1/24/08
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

Keith Thomas,
       Appellant

v.

United States Customs and Border Protection, et al.,
       Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 1 5 2007

CLERK

**ORDER**

By order filed July 10, 2007 appellant was order to pay the docketing and filing fee to the district court by August 9, 2007. To date no such payment has been made. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

BY: _____
       Deputy Clerk

A True Copy:
    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk